No. 63936.—Benthan, Ltd., and The Danwill Co. et al. *v.* United States, protests 186126–K, etc.   (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiffs was sustained.

No. 63937.—Beacon Manufacturing Company *v.* United States, protest 58/7618 (Norfolk).

Opinion by FORD, J.   The protest was dismissed.